RAYMOND GOERES AND DORA GOERES, HUSBAND AND WIFE, APPELLEES, V. PAUL A. ROSBERG ET AL., APPELLANTS, SMALL BUSINESS ADMINISTRATION ET AL., APPELLEES.

408 N.W.2d 302

Filed July 2, 1987. No. 85-670.

Paul A. Rosberg, pro se.

R.K. Baird of Curtiss and Baird, for appellees Goeres.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

This is an appeal from the entry of an order by the district court for Knox County, Nebraska, confirming a foreclosure sale. The court has reviewed the record de novo, as it is required to do in cases of this nature, and finds no error. See *Travelers Indemnity Co. v. Heim*, 218 Neb. 326, 352 N.W.2d 921 (1984). For that reason, the judgment of the district court confirming the sale is affirmed.

AFFIRMED.